E-FILED
Wednesday, 19 February, 2025 03:46:00 PM
Clerk, U.S. District Court, ILCD

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION**

ALANA HANNANT, individually and on behalf of all others similarly situated,

Plaintiff,

v.

SARAH D. CULBERTSON MEMORIAL HOSPITAL,

Defendant.

Case No. 4:24-cv-04164-SLD

**DEFENDANT'S MOTION TO DISMISS AMENDED CLASS ACTION COMPLAINT**

Defendant Sarah D. Culbertson Memorial Hospital ("Defendant") respectfully moves this Court for an order dismissing Plaintiff's Amended Class Action Complaint ("Complaint") [Dkt. 14] pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim on which relief can be granted. Support for this Motion is found in the accompanying Memorandum of Law.

WHEREFORE, Defendant respectfully requests that this Court enter an Order granting this Motion and ordering the relief specified in Sarah D. Culbertson Memorial Hospital's Memorandum of Law.

Dated: February 19, 2025

Respectfully submitted,

*s/ Maria A. Boelen*

Maria A. Boelen
**BAKER & HOSTETLER LLP**
One North Wacker Drive, Suite 3700
Chicago, Illinois 60606
Telephone: (312) 416-6200
Facsimile: (312) 416-6201
mboelen@bakerlaw.com

Christopher A. Wiech
**BAKER & HOSTETLER LLP**
1170 Peachtree Street, Suite 2400
Atlanta, GA 30309
Telephone: (404) 459-0050
Facsimile: (404) 459-5734
cwiech@bakerlaw.com

*Counsel for Defendant Sarah D. Culbertson Memorial Hospital*

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, February 19, 2025, a true and correct copy of the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record.

*s/ Maria A. Boelen*