E-FILED
Wednesday, 19 February, 2025 04:20:57 PM
Clerk, U.S. District Court, ILCD

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION**

| | | |
|---|---|---|
| ALANA HANNANT, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SARAH D. CULBERTSON MEMORIAL HOSPITAL,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 4:24-cv-04164-SLD |

**UNOPPOSED MOTION FOR LEAVE TO
FILE OVERLENGTH MEMORANDUM OF LAW IN SUPPORT OF
DEFENDANT'S MOTION TO DISMISS AMENDED CLASS ACTION COMPLAINT**

Defendant Sarah D. Culbertson Memorial Hospital ("Defendant"), by its attorneys and pursuant to Rule 7.1 of the Local Rules for the United States District Court for the Central District of Illinois, respectfully moves for leave to file a memorandum of law in support of Defendant's Motion to Dismiss Amended Class Action Complaint that exceeds 15 pages. In support of this unopposed motion, Defendant states:

1. Local Rule 7.1 limits memorandums of law in support of and in response to a motion to a maximum of 15 pages absent prior approval of the Court.

2. On February 5, 2025, Plaintiff filed, on behalf of herself and all others similarly situated, her Amended Class Action Complaint ("Amended Complaint"). ECF No. 14.

3. The Amended Complaint is 92 pages long and alleges the following 12 causes of action relating to Plaintiff's alleged use of Defendant's website: (1) negligence; (2) negligence per se; (3) invasion of privacy—intrusion upon seclusion; (4) breach of implied contract; (5) unjust enrichment; (6) breach of implied duty of confidentiality; (7) violation of Illinois Consumer Fraud and Deceptive Business Practice Act, 815 ILCS 505/1, *et seq.*; (8) violation of the Illinois

Eavesdropping Statute, 720 ILCS 5/14, *et seq.*; (9) violation of the Electronic Communications Privacy Act, 18 U.S.C. §§ 2511(1), *et seq.*; (10) violation of the Electronic Communications Privacy Act, 18 U.S.C. § 2511(3)(1); (11) violation of Title II of the Electronic Communications Privacy Act, 18 U.S.C. §§ 2702, *et seq.*; and (12) violation of the Computer Fraud and Abuse Act, 18 U.S.C. § 1030, *et seq.*

4. Attached as Exhibit A is Defendant's Memorandum of Law in Support of Defendant's Motion to Dismiss Amended Class Action Complaint, which is 30 pages, excluding the cover page, table of contents, table of authorities, and certificate of service. Given the number of claims, as well as their nature and complexity, Defendant respectfully requests leave to file this overlength memorandum. The additional pages are necessary for Defendant to adequately explain the reasons why it believes each of Plaintiff's claims should be dismissed. Notably, Defendant addresses multiple common law claims in addition to statutory claims brought under two Illinois statutes and two federal statutes, and each statute includes multiple elements.

5. Counsel for Defendant conferred with Plaintiff's counsel, and Plaintiff does not oppose Defendant's request for an additional 15 pages.

WHEREFORE, Defendant Sarah D. Culbertson Memorial Hospital respectfully requests that the Court grant this Motion for Leave to File Overlength Memorandum of Law in Support of Defendant's Motion to Dismiss Amended Class Action Complaint and direct the Clerk to enter Exhibit A on the docket.

Dated: February 19, 2025

Respectfully submitted,

s/ *Maria A. Boelen*

Maria A. Boelen
**BAKER & HOSTETLER LLP**
One North Wacker Drive, Suite 3700
Chicago, Illinois 60606
Telephone: (312) 416-6200
Facsimile: (312) 416-6201
mboelen@bakerlaw.com

Christopher A. Wiech
**BAKER & HOSTETLER LLP**
1170 Peachtree Street, Suite 2400
Atlanta, GA 30309
Telephone: (404) 459-0050
Facsimile: (404) 459-5734
cwiech@bakerlaw.com

*Counsel for Defendant Sarah D. Culbertson Memorial Hospital*

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, February 19, 2025, a true and correct copy of the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record.

*s/ Maria A. Boelen*