E-FILED
Wednesday, 19 March, 2025 05:16:24 PM
Clerk, U.S. District Court, ILCD

**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF ILLINOIS**
**ROCK ISLAND DIVISION**

ALANA HANNANT, individually, and on behalf of all others similarly situated,

Plaintiff,

v.

SARAH D. CULBERTSON MEMORIAL HOSPITAL,

Defendant.

Case No.: 4:24-cv-04164-SLD

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE OVERLENGTH RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**

Comes now Plaintiff, Alana Hannant ("Plaintiff"), by and through her counsel and pursuant to Local Rule 7.1, and hereby respectfully moves for leave to file a response in opposition to Defendant's Motion to Dismiss Amended Class Action Complaint (ECF No. 16) (hereinafter "Motion to Dismiss") that exceeds 15 pages. In support of this Motion, Plaintiff states as follows:

1. Local Rule 7.1 limits memorandums of law in support of and in response to a motion to a maximum of 15 pages absent prior approval of the Court.

2. On February 5, 2025, Plaintiff filed her Amended Class Action Complaint ("Amended Complaint") (ECF No. 14).

3. The Amended Complaint is 92 pages long and alleges the following 12 causes of action relating to Plaintiff's alleged use of Defendant's website: (1) negligence; (2) negligence per se; (3) invasion of privacy—intrusion upon seclusion; (4) breach of implied contract; (5) unjust enrichment; (6) breach of implied duty of confidentiality; (7) violation of Illinois Consumer Fraud and Deceptive Business Practice Act, 815 ILCS 505/1, *et seq.*; (8) violation of the Illinois *et seq.*;

(9) violation of the Electronic Communications Privacy Act, 18 U.S.C. §§ 2511(1), *et seq.*; (10) violation of the Electronic Communications Privacy Act, 18 U.S.C. § 2511(3)(1); (11) violation of Title II of the Electronic Communications Privacy Act, 18 U.S.C. §§ 2702, *et seq.*; and (12) violation of the Computer Fraud and Abuse Act, 18 U.S.C. § 1030, *et seq.*

4. On February 19, 2025, the Defendant filed a Motion for Leave to File Overlength Memorandum in Support of its Motion to Dismiss, which Plaintiff did not oppose.

5. On February 20, 2025, the Defendant filed its Motion to Dismiss and Memorandum in Support thereof, which is 30 pages.

6. Attached as Exhibit A is Plaintiff's Response in Opposition to Defendant's Motion to Dismiss, which is 30 pages, excluding the cover page and certificate of service. Given the number, nature, and complexity of issues raised in Defendant's Motion to Dismiss and Memorandum in Support, Plaintiff respectfully requests leave to file her overlength Response in Opposition to the Motion to Dismiss. Plaintiff requests leave to file an additional 15 pages, for a total of 30 pages – the same length as Defendant's brief.

7. The additional pages are necessary for Plaintiff to adequately respond to Defendant's arguments. Notably, Defendant addresses multiple common law claims in addition to statutory claims brought under two Illinois statutes and two federal statutes, and each statute includes multiple elements.

8. Counsel for Plaintiff conferred with counsel for Defendant and Defendant does not oppose Plaintiff's request for an additional 15 pages.

WHEREFORE, Plaintiff respectfully requests that the Court grant this Motion for Leave to File Overlength Response in Opposition to Defendant's Motion to Dismiss and direct the Clerk to enter Exhibit A on the docket.

Dated: March 19, 2025

Respectfully submitted by,

/s/ *Lynn A. Toops*
Lynn A. Toops (No. 63337-43)
Mallory Schiller (*Pro Hac Vice* forthcoming)
**COHEN & MALAD, LLP**
One Indiana Square, Suite 1400
Indianapolis, Indiana 46204
(317) 636-6481
ltoops@cohenandmalad.com
mschiller@cohenandmalad.com

J. Gerard Stranch, IV
Andrew E. Mize (*Pro Hac Vice* forthcoming)
Emily E. Schiller
**STRANCH, JENNINGS & GARVEY, PLLC**
The Freedom Center
223 Rosa L. Parks Avenue, Suite 200
Nashville, Tennessee 37203
(615) 254-8801
(615) 255-5419 (facsimile)
gstranch@stranchlaw.com
amize@stranchlaw.com
eschiller@stranchlaw.com

Samuel J. Strauss
Raina Borrelli *(Pro Hac Vice forthcoming*)
STRAUSS BORRELLI PLLC
908 N. Michigan Avenue, Suite 1610
Chicago Illinois 60611
(872) 263-1100
(872) 263-1109 (facsimile)
sam@straussborrelli.com
raina@straussborrelli.com

***Counsel for Plaintiff and the Proposed Class***

CERTIFICATE OF SERVICE

I hereby certify that on this date, March 19, 2025, a true and correct copy of the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record.

*/s/ Lynn A. Toops*
Lynn A. Toops