E-FILED
Wednesday, 16 April, 2025 04:26:33 PM
Clerk, U.S. District Court, ILCD

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF ILLINOIS**
**ROCK ISLAND DIVISION**

| | | |
|---|---|---|
| ALANA HANNANT, individually and on behalf of all others similarly situated, | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 4:24-cv-04164-SLD |
| SARAH D. CULBERTSON MEMORIAL HOSPITAL, | ) | |
| Defendant. | ) | |

**UNOPPOSED MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF**
**DEFENDANT'S MOTION TO DISMISS AMENDED CLASS ACTION COMPLAINT**

Defendant Sarah D. Culbertson Memorial Hospital ("Defendant"), by its attorneys and pursuant to Rule 7.1 of the Local Rules for the United States District Court for the Central District of Illinois, respectfully moves for leave to file a reply in support of Defendant's Motion to Dismiss Amended Class Action Complaint. In support of this unopposed motion, Defendant states:

1. On February 5, 2025, Plaintiff Alana Hannant ("Plaintiff") filed, on behalf of herself and all others similarly situated, her Amended Class Action Complaint ("Amended Complaint"). ECF No. 14.

2. The Amended Complaint is 92 pages long and alleges the following 12 causes of action relating to Plaintiff's alleged use of Defendant's website: (1) negligence; (2) negligence per se; (3) invasion of privacy—intrusion upon seclusion; (4) breach of implied contract; (5) unjust enrichment; (6) breach of implied duty of confidentiality; (7) violation of Illinois Consumer Fraud and Deceptive Business Practice Act, 815 ILCS 505/1, *et seq.*; (8) violation of the Illinois Eavesdropping Statute, 720 ILCS 5/14, *et seq.*; (9) violation of the Electronic Communications Privacy Act, 18 U.S.C. §§ 2511(1), *et seq.*; (10) violation of the Electronic Communications

Privacy Act, 18 U.S.C. § 2511(3)(1); (11) violation of Title II of the Electronic Communications Privacy Act, 18 U.S.C. §§ 2702, *et seq.*; and (12) violation of the Computer Fraud and Abuse Act, 18 U.S.C. § 1030, *et seq.*

3. On February 19, 2025, Defendant filed its Motion to Dismiss Amended Class Action Complaint, seeking the dismissal of all 12 causes of action. ECF No. 16.

4. On March 19, 2025, Plaintiff filed her Response in Opposition to Defendant's Motion to Dismiss Amended Class Action Complaint ("Response"), which is 30 pages long and attaches a 28-page exhibit purporting to categorize motion to dismiss rulings from across the country. ECF No. 21.

5. Local Rule 7.1(B)(3) provides that a motion for leave to file a reply to a response to a motion "must be filed within 7 days after service of the response and include the proposed reply as an exhibit."

6. On March 20, 2025, Defendant filed a Motion to Extend Time to File Motion for Leave to File Reply in Support of Defendant's Motion to Dismiss Class Action Complaint, which the court granted. ECF. No. 22.

7. Thus, the deadline for Defendant to file a motion for leave to file a reply in support of Defendant's Motion to Dismiss Class Action Complaint is currently April 16, 2025.

8. Attached as Exhibit A is Defendant's proposed Reply in Support of Defendant's Motion to Dismiss Amended Class Action Complaint, which is 6,025 words, excluding the cover page, table of contents, table of authorities, signature block, certificate of compliance, and certificate of service, in compliance with Local Rule 7.1(B). Given the number of claims, as well as their nature and complexity, Defendant respectfully requests leave to file this reply brief to provide additional argument and research to aid the Court's analysis.

9. Counsel for Defendant conferred with Plaintiff's counsel, and Plaintiff does not oppose Defendant's request to file a reply in support of Defendant's Motion to Dismiss Amended Class Action Complaint.

WHEREFORE, Defendant Sarah D. Culbertson Memorial Hospital respectfully requests that the Court grant this Motion for Leave to File Reply in Support of Defendant's Motion to Dismiss Amended Class Action Complaint and direct the Clerk to enter Exhibit A on the docket.

Dated: April 16, 2025

Respectfully submitted,

*s/ Maria A. Boelen*

Maria A. Boelen
**BAKER & HOSTETLER LLP**
One North Wacker Drive, Suite 3700
Chicago, Illinois 60606
Telephone: (312) 416-6200
Facsimile: (312) 416-6201
mboelen@bakerlaw.com

Christopher A. Wiech
**BAKER & HOSTETLER LLP**
1170 Peachtree Street, Suite 2400
Atlanta, GA 30309
Telephone: (404) 459-0050
Facsimile: (404) 459-5734
cwiech@bakerlaw.com

*Counsel for Defendant Sarah D. Culbertson Memorial Hospital*

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, April 16, 2025, a true and correct copy of the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record.

*s/ Maria A. Boelen*