E-FILED
Monday, 17 November, 2025 01:23:14 PM
Clerk, U.S. District Court, ILCD

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF ILLINOIS**
**ROCK ISLAND DIVISION**

ALANA HANNANT, individually and on behalf of all others similarly situated,

Plaintiff,

v.

SARAH D. CULBERTSON MEMORIAL HOSPITAL,

Defendant.

Case No. 4:24-cv-04164-SLD-RLH

**DEFENDANT'S MOTION TO DISMISS**
**SECOND AMENDED CLASS ACTION COMPLAINT**

Defendant Sarah D. Culbertson Memorial Hospital ("Defendant") respectfully moves this Court to for an order dismissing Plaintiff's Second Amended Class Action Complaint. First, Plaintiff's federal statutory claims should be dismissed for failure to state a claim on which relief can be granted pursuant to Federal Rule of Civil Procedure 12(b)(6). Second, Plaintiff's negligence claims should be dismissed because they are barred by the Tort Immunity Act. Support for this Motion is found in the accompanying Memorandum of Law.

WHEREFORE, Defendant respectfully requests that this Court enter an Order granting this Motion and ordering the relief specified in Sarah D. Culbertson Memorial Hospital's Memorandum of Law.

Dated: November 17, 2025

Respectfully submitted,

*s/ Maria A. Boelen*

Maria A. Boelen
**BAKER & HOSTETLER LLP**
One North Wacker Drive, Suite 3700
Chicago, Illinois 60606
Telephone: (312) 416-6200
Facsimile: (312) 416-6201
mboelen@bakerlaw.com

Christopher A. Wiech
**BAKER & HOSTETLER LLP**
1170 Peachtree Street, Suite 2400
Atlanta, GA 30309
cwiech@bakerlaw.com
Telephone: (404) 459-0050
Facsimile: (404) 459-5734

*Counsel for Defendant Sarah D. Culbertson Memorial Hospital*

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, November 17, 2025, a true and correct copy of the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record.

*s/ Maria A. Boelen*
Maria A. Boelen