E-FILED
Monday, 15 December, 2025 01:47:33 PM
Clerk, U.S. District Court, ILCD

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION**

| | | |
|---|---|---|
| ALANA HANNANT, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SARAH D. CULBERTSON MEMORIAL HOSPITAL,<br><br>Defendant. | ) | Case No. 4:24-cv-04164-SLD-RLH |

**UNOPPOSED MOTION FOR LEAVE TO
FILE REPLY IN SUPPORT OF DEFENDANT'S MOTION
TO DISMISS SECOND AMENDED CLASS ACTION COMPLAINT**

Defendant Sarah D. Culbertson Memorial Hospital ("Defendant"), by its attorneys and pursuant to Rule 7.1 of the Local Rules for the United States District Court for the Central District of Illinois, respectfully moves for leave to file a reply in support of Defendant's Motion to Dismiss Second Amended Class Action Complaint. In support of this unopposed motion, Defendant states as follows:

1. On November 17, 2025, Defendant filed its Motion to Dismiss Second Amended Class Action Complaint ("Motion to Dismiss"), seeking dismissal of Plaintiff's five causes of action. ECF Nos. 33, 34.

2. On December 1, 2025, Plaintiff Alana Hannant ("Plaintiff") filed her Brief in Opposition to Defendant's Motion to Dismiss Second Amended Class Action Complaint ("Response"). ECF No. 35.

3. On December 3, 2025, Defendant filed its Unopposed Motion to Extend Time to File Motion for Leave to File Reply in Support of the Motion to Dismiss, ECF No. 36, which the Court granted. ECF No. 36.

4. Thus, the deadline for Defendant to file a motion for leave to file a reply in support of Defendant's Motion to Dismiss is currently December 15, 2025.

5. Attached as Exhibit A is Defendant's proposed Reply in Support of Defendant's Motion to Dismiss, which is 1,508 words, excluding the cover page, table of contents, table of authorities, signature block, certificate of compliance, and certificate of service, in compliance with Local Rule 7.1(B). Given the number of claims, as well as their nature and complexity, Defendant respectfully requests leave to file this reply brief to provide additional argument and research to aid the Court's analysis.

6. Counsel for Defendant conferred with Plaintiff's counsel, and Plaintiff does not oppose Defendant's request to file a reply in support of Defendant's Motion to Dismiss.

WHEREFORE, Defendant Sarah D. Culbertson Memorial Hospital respectfully requests that the Court grant this Motion for Leave to File Reply in Support of Defendant's Motion to Dismiss Second Amended Class Action Complaint and direct the Clerk to enter Exhibit A on the docket.

Dated: December 15, 2025

Respectfully submitted,

*s/ Maria A. Boelen*

Maria A. Boelen
**BAKER & HOSTETLER LLP**
One North Wacker Drive, Suite 3700
Chicago, Illinois 60606
Telephone: (312) 416-6200
Facsimile: (312) 416-6201
mboelen@bakerlaw.com

Christopher A. Wiech
**BAKER & HOSTETLER LLP**
1170 Peachtree Street, Suite 2400
Atlanta, GA 30309
Telephone: (404) 459-0050
Facsimile: (404) 459-5734
cwiech@bakerlaw.com

*Counsel for Defendant Sarah D. Culbertson Memorial Hospital*

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, December 15, 2025, a true and correct copy of the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record.

*s/ Maria A. Boelen*
Maria A. Boelen