E-FILED
Tuesday, 02 June, 2026 02:26:17 PM
Clerk, U.S. District Court, ILCD



# UNITED STATES DISTRICT COURT

for the

Central District of Illinois

| | | |
|---|---|---|
| Hannant, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 4:24 cv 04164 SLD RLH |
| Culbertson Memorial Hospital Foundation | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, Alana Hannant .

Date: 06/02/2026

/s/ Martin F. Schubert
*Attorney's signature*

Martin F. Schubert, TN BR 035313
*Printed name and bar number*

Stranch, Jennings & Garvery, PLLC
223 Rosa L. Parks Ave, Ste. 200
Nashville, TN 37203
*Address*

mschubert@stranchlaw.com
*E-mail address*

(615) 254 8801
*Telephone number*

(615) 255 5419
*FAX number*