E-FILED
Tuesday, 25 August, 2026 05:02:14 PM
Clerk, U.S. District Court, ILCD

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION**

ALANA HANNANT, individually, and on behalf of all others similarly situated,

*Plaintiff*,

v.

CULBERTSON MEMORIAL HOSPITAL FOUNDATION d/b/a SARAH D. CULBERTSON MEMORIAL HOSPITAL,

*Defendant*.

Case No.: 4:24-cv-04164-SLD-RLH

Honorable Chief Judge Sara Darrow
Magistrate Judge Ronald Hanna

**RULE 26(F) REPORT AND PROPOSED JOINT DISCOVERY PLAN**

Pursuant to Federal Rule of Civil Procedure 26(f), and the Court's May 4, 2026 Text Order (Dkt. 43), Plaintiff Alana Hannant ("Plaintiff") and Defendant Sarah D. Culbertson Memorial Hospital ("Defendant" or "Culbertson"), by their respective counsel, met and conferred on May 5, 2026, and hereby submit this Joint Rule 26(f) Report.

1. **Initial Disclosures.** The parties shall complete the initial disclosures required by Rule 26(a)(1) **on or before September 8, 2026**.

2. **Discovery Plan.** The parties propose the following discovery plan:

   a. The parties agree that discovery is needed as to matters which are or may be raised in the pleadings or through the discovery process. Discovery may include without limitation the following information:

      i. Defendant's use of third-party tracking technologies on its website including any patient portal, if applicable;

ii. Defendant's practices and procedures (including electronically stored information) on disclosing confidential user PII and/or PHI to third parties;

iii. Plaintiff's online activity, including without limitation her use of Defendant's website, her use of other health-related websites or mobile applications, the means by which Plaintiff accesses the Internet, and her purposes for accessing websites or mobile applications on the Internet;

iv. Plaintiff's patient status with Defendant or other healthcare providers;

v. Third parties who have access to any devices Plaintiff uses to access the Internet or mobile applications; and

vi. Plaintiff's alleged injuries and damages, and Plaintiff's factual support for the allegations in her Second Amended Complaint.

b. The parties propose discovery be completed by **July 28, 2027**, which is approximately 11 months from the August 28, 2026, Rule 16 scheduling conference. The parties agree to follow the default limits under the Federal Rules of Civil Procedure unless modified by stipulation or Court order.

c. The parties propose the following expert disclosure deadlines: Plaintiff shall provide Rule 26(a)(2)(B) expert witnesses material by **April 28, 2027**, which is approximately three months before the close of discovery; and Defendant shall provide Rule 26(a)(2)(B) expert witnesses material **on or before June 28, 2027**, which is approximately one month before the close of discovery.

d. **Electronically Stored Information.** The parties agree that this case does involve electronic discovery and the costs of producing ESI have not yet been determined. The parties have met and conferred and agreed to a Stipulated ESI Protocol, which

the Court entered on June 3, 2026. ECF No. 52. The parties will work in good faith to resolve scheduling and preservation issues if/when they arise.

e. **Privilege Issues.** The parties agree that inadvertent production of privileged material will be governed by Federal Rule of Evidence 502(d).

f. **Changes to Discovery Limitations.** The parties agree that no changes should be made in the limitations on discovery imposed under the Federal Rules of Civil Procedure.

**3. Dispositive Motions.**

a. The parties propose that dispositive motions shall be filed **on or before August 29, 2027,** which is one year from the date of the Rule 16 scheduling conference and approximately one month following the completion of discovery.

b. The parties propose that hearings on dispositive motions shall be held **on or before December 29, 2027**, which is four months following the dispositive motions deadline.

**4. Other Items.**

a. Plaintiff proposes that her Motion for Class Certification shall be filed on or before **April 28, 2027**, which is approximately three months before the close of discovery; that Defendant's response shall be filed **within 60 days** after filing of Plaintiff's Motion; and Plaintiff's reply, if any, shall be filed **within 45 days** after filing of Defendant's Response.

b. The parties agree that the deadline to amend the pleadings or join parties shall be **November 6, 2026**.

Dated: August 25, 2026

Respectfully submitted by:

*/s/ Grayson Wells*
J. Gerard Stranch, IV
Grayson Wells (ARDC# 6350590)
Andrew E. Mize
Martin F. Schubert
**STRANCH, JENNINGS & GARVEY, PLLC**
The Freedom Center
223 Rosa L. Parks Avenue, Suite 200
Nashville, Tennessee 37203
(615) 254-8801
(615) 255-5419 (facsimile)
gstranch@stranchlaw.com
amize@stranchlaw.com
mschubert@stranchlaw.com

David Cates, #6289198
Katie E. St. John, #6340448
**THE CATES LAW FIRM, LLC**
216 West Pointe Drive, Suite A
Swansea, Illinois 62226
(618) 277-3644
(618) 277-7882 (facsimile)
dcates@cateslaw.com
kstjohn@cateslaw.com

Lynn A. Toops
**COHENMALAD, LLP**
One Indiana Square, Suite 1400
Indianapolis, Indiana 46204
(317) 636-6481
ltoops@cohenmalad.com

Samuel J. Strauss
Raina C. Borrelli
**STRAUSS & BORRELLI, PLLC**
One Magnificent Mile
980 North Michigan Avenue, Suite 1610
Chicago, Illinois 60611
(872) 263-1100
sam@straussborrelli.com
raina@straussborrelli.com
***Counsel for Plaintiff and the Proposed Class***

*/s/ Maria A. Boelen w/Permission*
Maria A. Boelen
**BAKER & HOSTETLER LLP**
One North Wacker Drive, Suite 3700
Chicago, Illinois 60606
Telephone: (312) 416-6200
Facsimile: (312) 416-6201
mboelen@bakerlaw.com

Christopher A. Wiech
**BAKER & HOSTETLER LLP**
1170 Peachtree Street, Suite 2400
Atlanta, GA 30309
Telephone: (404) 459-0050
Facsimile: (404) 459-5734
cwiech@bakerlaw.com

***Counsel for Defendant Sarah D. Culbertson Memorial Hospital***

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, August 25, 2026, a true and correct copy of the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record.

*/s/ Grayson Wells*
Grayson Wells

***Counsel for Plaintiff and the Proposed Class***